No. 11–135. FREDERICK *v.* HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Reported below: 644 F. 3d 357; and

No. 11–144. UMER *v.* HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Reported below: 417 Fed. Appx. 403. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Judulang* v. *Holder, ante,* p. 42.

No. 11–5411. BOHANNAN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wall* v. *Kholi,* 562 U. S. 545 (2011).

No. 11–6927. PERRY *v.* JORDAN ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7005. COOK *v.* GALAZA, WARDEN. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7009. JARVIS *v.* FEDEX OFFICE & PRINT SERVICES, INC. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7035. AYSISAYH *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11–7127. MAISANO *v.* CANTEEN CORRECTIONAL FOOD SERVICES, INC., ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeat-